**In the Matter of Marie V. RORABAUGH, Bankrupt.**

**Marie V. RORABAUGH, Appellant, v. PENNSYLVANIA COMPANY FOR INSURANCES ON LIVES AND GRANTING ANNUITIES, Appellee.**

**No. 8765.**

Circuit Court of Appeals, Third Circuit.

Argued June 4, 1945.

Decided June 13, 1945.

Horace M. Schell, of Philadelphia, Pa., for appellant.

Thomas P. Mikell, of Philadelphia, Pa. (Saul, Ewing, Remick & Harrison, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS and MARTIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

The decree of the court below, 54 F.Supp. 478, is affirmed.